Staub Unemployment Compensation Case.

Argued March 17, 1965. *Gertrude Staub,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.

Tini, Appellant, *v.* Philadelphia Transportation Company.

Argued March 18, 1965. *Mitchell A. Kramer,* with him *Matthew Kramer,* and *Kramer and Harrison,* for appellant; *John T. Quinn,* for appellee.

Judgment affirmed.

FLOOD, J., absent.

Wormleysburg Borough Appeal.
American Oil Company Appeal.

Argued March 18, 1965. *Robert Lee Myers, III,* with him *Myers, Myers and Flower,* for Borough; *J. Thomas Menaker,* with him *McNees, Wallace & Nurick,* for American Oil Company.

Order affirmed.

FLOOD, J., absent.

JACOBS, J., took no part in the consideration or decision of this case.